IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE, MD

2019 JUL -1 P 3: 12

UNITED STATES OF AMERICA

\*

vs.      Case No. 19-2198SAG

\*

JUSTIN KELLEY

\*

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Tues., Jul. 2, 2019__ *(date)* at __2:30 p.m.__ *(time)* before

__Stephanie A. Gallagher__, United States Magistrate Judge,

101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

(_____) (Other Custodial Official)

and produced for the hearing.

July 1, 2019
Date

Stephanie A. Gallagher
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention