FILED____ ENTERED
____ LOGGED____ RECEIVED

JUL 03 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

v.                                **Case No. 19-2198-SAG**

**JUSTIN KELLEY**

### MEMORANDUM EXPLAINING ORDER OF DETENTION

I held a detention hearing in the above-captioned case on July 2, 2019. The Defendant was arrested in Maryland, and faces pending charges in the United States District Court for the Northern District of California. After considering the evidence and argument presented at the detention hearing, if the Defendant had been facing identical criminal charges in the District of Maryland, I would have entered an order of release requiring the Defendant to reside at a 28-day inpatient drug treatment facility. I believe the Defendant poses no significant risk of nonappearance, based upon the fact that he appeared for court in a state proceeding in California after his release to Maryland on his prior charges. Further, in my view, the danger the Defendant poses to the community stems from his persistent addiction to controlled dangerous substances.

However, because the Defendant's charges are pending in the Northern District of California, releasing him to a 28-day inpatient treatment facility in Maryland is impractical, because it will preclude him from appearing in California to commence his federal proceedings. I do not believe that other conditions of release can be set to adequately ensure the safety of the community, because the Defendant would be responsible for his own transport to California and for attendance at outpatient drug treatment, without having the prior benefit of inpatient drug treatment. I am therefore entering an order of detention and a commitment order, to permit the United States Marshals Service to transport the Defendant to California. Upon his arrival, the Court in California can determine whether release to an inpatient drug treatment facility is feasible or appropriate.

7/3/2018

_____
Stephanie A. Gallagher
United States Magistrate Judge